IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case №: 1:20-CR-00175-2-DAD
                          )
            Plaintiff,    )   **O R D E R**
                          )   **APPOINTING COUNSEL**
      vs.                 )
                          )
QUINTIN J. CARLOS-BANUELOS, )
                          )
            Defendant.    )
_____)

        The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

        IT IS HEREBY ORDERED that Victor M. Chavez be appointed to represent the above

defendant in this case effective *nunc pro tunc*  to  October 15, 2020.

        This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **October 20, 2020**

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

-1-