PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00175-NODJ-BAM |
| Plaintiff, | STIPULATION TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL AS TO QUINTIN JEUH CARLOS-BANUELOS AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON |
| v. | |
| QUINTIN JEUH CARLOS-BANUELOS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a trial confirmation hearing on April 29, 2024, and a trial on May 14, 2024.

2.    By this stipulation, defendant now moves to vacate the trial confirmation hearing and trial as to QUINTIN JEUH CARLOS-BANUELOS and to **set the case for a change of plea hearing on March 18, 2024 at 9:00 a.m**.  The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and

several gigabytes of electronic data.

       b)     Defense counsel requests the additional time to prepare for the change of plea hearing, meet with his client, and review/negotiate the plea agreement.

       c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Time has already been excluded beyond the proposed change of plea hearing date.

IT IS SO STIPULATED.

Dated:  January 25, 2024                         PHILLIP A. TALBERT
                                      United States Attorney

                              By:  /s/ JUSTIN J. GILIO
                                  JUSTIN J. GILIO
                                  Assistant United States Attorney

Dated: January 25, 2024                         */s/ Victor Chavez*
                                    Attorney for Defendant
                                    QUINTIN JEUH CARLOS-BANUELOS

### **ORDER**

IT IS SO ORDERED that the jury trial set for May 14, 2024, and trial confirmation set for April 29, 2024 are vacated as to QUINTIN JEUH CARLOS-BANUELOS. A change of plea hearing is set for **March 18, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time was previously excluded through May 14, 2024.

IT IS SO ORDERED.

Dated:  **January 25, 2024**               /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE