## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>QUINTIN JEUH CARLOS-BANUELOS,<br><br>               Defendant. | No.  1:20-cr-00175-TWR-BAM<br><br>**DETENTION ORDER**<br>(Violation of Pretrial Release) |

     The defendant having been arrested for alleged violation(s) of the terms and conditions of pretrial release; and

     Having conducted a detention hearing, the Court orders the above-named defendant detained pending resolution of the pretrial services violation petition and finds that:

[x]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[x]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

     This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:   **July 18, 2024**                      /s/ Erica P. Grosjean

                                                                  UNITED STATES MAGISTRATE JUDGE