VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
QUINTIN JEUH CARLOS-BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>QUINTIN JEUH CARLOS-BANUELOS<br><br>*Defendant.* | Case No. 1:20-cr-00175-NODJ-BAM<br><br>**STIPULATION TO RESCHEDULE SENTENCING; ORDER**<br><br>DATE:   October 21, 2024<br>TIME:    8:30 a.m.<br>JUDGE:  TBD |
|---|---|

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing now set for July 29, 2024 may be rescheduled to October 21, 2024 . This stipulation is proposed by the defense because additional time is necessary to permit for defendant to be interviewed by Probation so that the customary sentencing procedure may be completed.

IT IS SO STIPULATED.

**Dated: July 22, 2024**            **/s/Victor M. Chavez**_____
                                                       **VICTOR M. CHAVEZ**
                                                        Attorney for Defendant

Dated: July 23, 2024                /s/ Justin J. Gilio_____
                                                       **JUSTIN J. GILIO**
                                                       **Assistant United States Attorney**
                                                       **Attorney for Plaintiff**

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from July 29, 2024, to **October 21, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **July 23, 2024**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

///

///