VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
QUINTIN JEUH CARLOS-BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00175-NODJ-BAM |
|---|---|
| *Plaintiff,* | **STIPULATION TO RESCHEDULE SENTENCING; AND ORDER** |
| vs. | |
| QUINTIN JEUH CARLOS-BANUELOS | DATE:  January 13, 2025<br>TIME:   8:30 a.m.<br>JUDGE:  NODJ |
| *Defendant.* | |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing now set for October 23, 2024 may be rescheduled to January 13, 2025. . This stipulation is proposed by the defense because additional time is necessary to prepare for sentencing. This involves further review of discovery, witness interviews, and availability of witnesses and counsel.

IT IS SO STIPULATED.

**Dated: October 7, 2024**          /s/Victor M. Chavez_____
                                                 **VICTOR M. CHAVEZ**
                                                  Attorney for Defendant

Dated: October 7, 2024           /s/ Justin J. Gilio_____
                                                **JUSTIN J. GILIO**
                                                **Assistant United States Attorney**
                                                **Attorney for Plaintiff**

Carlos-Banuelos Stipulation and Order

# ORDER

IT IS SO ORDERED that the sentencing hearing is continued from October 23, 2024, to **January 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __October 8, 2024__        /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE