VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
QUINTIN JEUH CARLOS-BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>QUINTIN JEUH CARLOS-BANUELOS<br><br>*Defendant.* | Case No. 1:20-cr-00175-NODJ-BAM<br><br>**STIPULATION TO RESCHEDULE SENTENCING; AND ORDER**<br><br>DATE:  February 24, 2025<br>TIME:   9:00 a.m.<br>JUDGE:  NODJ |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing now set for January 8, 2024 may be rescheduled to February 24, 2025.

This stipulation is proposed by the defense because additional time is necessary to prepare for sentencing. Sentencing had been scheduled for January 13, 2024. On December 23, 2024 by minute order, that date was advanced to the current date. Defense counsel is coordinating preparation and several family members of the defendant planned travel to be present for the sentencing.

IT IS SO STIPULATED.

**Dated: December 26, 2024**          /s/Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Attorney for Defendant

Dated: December 26, 2024              /s/ Justin J. Gilio
                                        **JUSTIN J. GILIO**
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED. The sentencing hearing currently set for January 8, 2025, is hereby continued to **February 24, 2025 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **December 27, 2024**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE