1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   QUINTIN JEUH CARLOS-BANUELOS
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00175-NODJ-BAM |
|---|---|
| *Plaintiff,* | **STIPULATION TO RESCHEDULE SENTENCING; AND ORDER** |
| vs. | |
| QUINTIN JEUH CARLOS-BANUELOS | DATE: April 7, 2025<br>TIME: 9:00 a.m.<br>JUDGE: NODJ |
| *Defendant.* | |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing now set for February 24, 2025 may be rescheduled to April 7, 2025.

This stipulation is proposed by the defense because additional time is necessary to prepare for sentencing. . Defense counsel is coordinating preparation and is still awaiting arrival of information/documentation from Mexico. In addition it appears that some family members will not be able to attend the hearing making it necessary to present their statements in writing.

IT IS SO STIPULATED.

**Dated: February 18, 2025**        /s/Victor M. Chavez
                                    **VICTOR M. CHAVEZ**
                                    Attorney for Defendant

Dated: February18, 2025              /s/ Justin J. Gilio
                                    **JUSTIN J. GILIO, AUSA. for Plaintiff**

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from February 24, 2025, to **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __February 18, 2025__         /s/ Barbara A. McAuliffe
                          UNITED STATES MAGISTRATE JUDGE