1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   QUINTIN JEUH CARLOS BANUELOS

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:20-CR-00175-DAD-BAM

12              *Plaintiff,*            **REQUEST TO TERMINATE CJA
                                        APPOINTMENT AS ATTORNEY OF
13       vs.                            RECORD; PROPOSED ORDER**

14  QUINTIN JEUH CARLOS
    BANUELOS
15
                *Defendant.*
16

17       On October 1, 2020, Mr. Carlos was indicted in this case.   CJA Panel Attorney, Victor M.

18  Chavez  was appointed to represent Mr. Carlos on October 21, 2020, nunc pro tunc to October 15,

19  2020.  Mr. Carlos entered a guilty plea pursuant to a plea agreement on May 7, 2024, and was

20  sentenced on May 14, 2025.  The time for filing a direct appeal expired on April 30, 2025, and no

21  appeal was filed. Mr. Carlos was in custody at the time of sentencing.  The trial phase of Mr.

22  Carlos' criminal case  has ended.  Having completed his representation of Mr. Carlos, CJA

23  attorney Victor M. Chavez now requests that the court  terminate his appointment under the

24  Criminal Justice Act.

25       Should Mr. Carlos  require further representation in the district court he has been advised

26  to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300

27  Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 824-6293 (collect) or (855)

28  656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to

assist him.

Respectfully submitted,

Dated: May 12, 2025                              /s/Victor M. Chavez_____
                                                **VICTOR M. CHAVEZ**
                                                Attorney for Defendant
                                                QUINTIN JEUH CARLOS BANUELOS

ORDER

The Court finds that attorney Victor M. Chavez has completed the services for which he was appointed and hereby terminates his CJA Appointment as attorney of record in this case. Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information: Quintin Jeuh Carlos Banuelos, Reg. No. 26446-111, Taft Community Correctional Facility, 330 Commerce Way, Taft, CA 93268

IT IS SO ORDERED.

Dated:   **May 13, 2025**                    _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE